**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Vanessa Louise Adams, Debtor            Case No. 21-00524-JAW
                                                  Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

   prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Vanessa Louise Adams**                                                                 **02/26/2026**
              Vanessa Louise Adams                                                                              Date


**/s/ Thomas C. Rollins, Jr.**                                                                                 **02/26/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                                                        Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On February 26, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: | CASE NO: 21-00524-JAW

VANESSA LOUISE ADAMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VANESSA LOUISE ADAMS | CASE NO: 21-00524-JAW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/26/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/26/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00524-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
THU FEB 26 10-1-5 PST 2026

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

AMPLIFY FUNDING
PO BOX 542
LAC DU FLAMBEAU  WI 54538-0542

ANESTHESIA CONSULTANTS
1030 RIVER OAKS DR
FLOWOOD  MS 39232-9553

(P)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO  IL 60604-2863

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

HOPE COMMUNITY FCU
6205 HANGING MOSS RD
JACKSON  MS 39206-2121

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JACKSON VA FCU
240 BRIARWOOD DR
JACKSON  MS 39206-3027

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MAGNOLIA FEDERAL CREDIT UNION
240 BRIARWOOD DR
JACKSON  MS 39206-3027

(P)MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

MERIT HEALTH
PO BOX 281441
ATLANTA  GA 30384-1441

MOORE HEALTHY FAMILY
5604 OLD CANTON RD
JACKSON  MS 39211-4217

NATIONAL CREDIT ADJUSTERS  LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON  KS 67504-3023

NAVIENT
PO BOX 740351
ATLANTA  GA 30374-0351

ONE MAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PINK DOGWOOD 13  LLC
PO BOX 1931
BURLINGAME  CA 94011-1931

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

REGIONAL ACCEPTANCE CO
PO BOX 580075
CHARLOTTE  NC 28258-0075

REGIONAL ACCEPTANCE CORPORATION
BANKRUPTCY SECTION100500151
PO BOX 1847
WILSON  NC 27894-1847

RIVER OAKS
PO BOX 11439
BELFAST  ME 04915-4005

RIVER OAKS HOSPITAL
PO BOX 281466
ATLANTA  GA 30384-1466

SKY TRAIL CASH
PO BOX 1115
LAC DU FLAMBE  WI 54538-1115

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

```
SPEEDYRAPID CASH                    UMMC                                    US ATTORNEY GENERAL
PO BOX 780408                       PO BOX 3488                             US DEPT OF JUSTICE
WICHITA   KS 67278-0408             DEPT 05-077                             950 PENNSYLVANIA AVENW
                                    TUPELO   MS 38803-3488                  WASHINGTON  DC 20530-0001


EXCLUDE

UNITED STATES TRUSTEE               UNITED STUDENT AID FUN                  JENNIFER A CURRY CALVILLO
501 EAST COURT STREET               PO BOX 9460                             THE ROLLINS LAW FIRM
SUITE 6-430                         WILKES BARRE   PA 18773-9460            702 W PINE ST
JACKSON   MS 39201-5022                                                     HATTIESBURG   MS 39401-3836


EXCLUDE                             EXCLUDE                                 DEBTOR

THOMAS CARL ROLLINS JR              TORRI PARKER MARTIN                     VANESSA LOUISE ADAMS
THE ROLLINS LAW FIRM  PLLC          TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT 501 NORTHPOINTE PKWY 318
PO BOX 13767                        200 NORTH CONGRESS STREET  STE 400      JACKSON  MS 39211-2364
JACKSON   MS 39236-3767             JACKSON   MS 39201-1902
```