United States Bankruptcy Court

Southern District of Mississippi

In re:

Vanessa Louise Adams

    Debtor

Case No. 21-00524-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Louise Adams, 501 Northpointe Pkwy #318, Jackson, MS 39211-2364 |
| 4987702 | + | Anesthesia Consultants, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 4987705 | + | Hope Community FCU, 6205 Hanging Moss Rd, Jackson, MS 39206-2121 |
| 4987708 | + | Jackson VA FCU, 240 Briarwood Dr, Jackson, MS 39206-3027 |
| 4987710 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 4987711 | + | Moore Healthy Family, 5604 Old Canton Rd, Jackson, MS 39211-4217 |
| 4987715 | + | River Oaks, P.O. Box 11439, Belfast, ME 04915-4005 |
| 4987716 | | River Oaks Hospital, PO Box 281466, Atlanta, GA 30384-1466 |
| 4987720 | | United Student Aid Fun, PO Box 9460, Wilkes Barre, PA 18773-9460 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4988428 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 25 2026 19:47:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 4987701 | + | Email/Text: bankruptcy@ldf-holdings.com | Mar 25 2026 19:48:00 | Amplify Funding, P.O. Box 542, Lac Du Flambeau, WI 54538-0542 |
| 4987703 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 25 2026 19:47:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4987704 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2026 19:53:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4987706 | | EDI: IRS.COM | Mar 25 2026 23:42:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4987707 | + | Email/Text: ebone.woods@usdoj.gov | Mar 25 2026 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4989479 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 19:53:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4990968 | + | Email/Text: bankruptcy@magfedcu.org | Mar 25 2026 19:48:00 | MAGNOLIA FEDERAL CREDIT UNION, 240 BRIARWOOD DR, JACKSON, MS 39206-3027 |
| 4987709 | | Email/Text: cdavenport@lawmemphis.com | Mar 25 2026 19:47:03 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5004996 | + | Email/Text: bankruptcy@ncaks.com | Mar 25 2026 19:47:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS. 67504-3023 |
| 4987712 | | EDI: MAXMSAIDV | Mar 25 2026 23:42:00 | Navient, P.O. Box 740351, Atlanta, GA 30374-0351 |
| 4987713 | + | EDI: AGFINANCE.COM | Mar 25 2026 23:41:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 3180W | Total Noticed: 30 |

| 5002438 | ^ MEBN | Mar 25 2026 19:44:27 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
|---|---|---|---|
| 5003545 | + EDI: JEFFERSONCAP.COM | Mar 25 2026 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4987714 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 25 2026 19:53:59 | Regional Acceptance Co, P.O. Box 580075, Charlotte, NC 28258-0075 |
| 4989940 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 25 2026 19:53:59 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 4987717 | + Email/Text: bankruptcy@ldf-holdings.com | Mar 25 2026 19:48:00 | Sky Trail Cash, P.O. Box 1115, Lac Du Flambe, WI 54538-1115 |
| 4987718 | + Email/Text: Tracey@sra-inc.net | Mar 25 2026 19:48:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 4989190 | + Email/Text: bkinfo@ccfi.com | Mar 25 2026 19:47:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4987719 | + Email/Text: Bankruptcies@umc.edu | Mar 25 2026 19:48:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4987721 | ^ MEBN | Mar 25 2026 19:44:31 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Vanessa Louise Adams jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Vanessa Louise Adams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                          User: mssbad                                      Page 3 of 3
Date Rcvd: Mar 25, 2026                       Form ID: 3180W                                    Total Noticed: 30

                              tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                              USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vanessa Louise Adams** | Social Security number or ITIN **xxx–xx–5949** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–00524–JAW**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Vanessa Louise Adams**

Dated: 3/25/26

**By the court:**     /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**